UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Christopher Nigro <br> Defendant. | Case No. 2:11-mj-741-CWH <br><br> **ORDER RESCHEDULING HEARING** |

Due to a conflict on the Court's calendar,

**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, May 28, 2013, is rescheduled to **Tuesday, May 21, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

DATED this __19th__ day of November, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge